**93–2228.** State v. Staats. *Cuyahoga County,* No. 61834. On motion for leave to file delayed appeal. Motion granted.

A.W. SWEENEY, RESNICK and F.E. SWEENEY, JJ., dissent.

**93–2236.** State v. Wolfe. *Perry County,* No. CA–451. On motion for leave to file delayed appeal. Motion granted.

WRIGHT and F.E. SWEENEY, JJ., dissent.

**93–2238.** State ex rel. Miller v. Anthony. *Franklin County,* No. 93AP–492. On motion for leave to file *amicus* of Ohio Attorney General. Motion granted.

**93–2263.** Hicks v. Consol. Rail Corp. *Clermont County,* No. CA93–03–018. On motion for leave to file *amicus* of Ohio Academy of Trial Lawyers. Motion granted.

**93–2279.** State v. O'Malley. *Cuyahoga County,* No. 62223. On motion for leave to file delayed appeal. Motion granted.